1 | STEVEN W. MYHRE
Acting United States Attorney
2 | Nevada Bar No. 9635
DANIEL J. COWHIG
3 | Assistant United States Attorney
District of Nevada
4 | 501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5 | (702) 388-6336
daniel.cowhig@usdoj.gov
6
*Representing the United States of America*
7
8



___ FILED ___ ___ RECEIVED
___ ENTERED ___ ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:14-mj-00749-VCF |
| v. | **UNITED STATES' MOTION TO UNSEAL THE CASE** |
| PREMISES LOCATED AT 5349 TALAVERDE HEIGHTS LAS VEGAS, NEVADA 89081 CITY OF LAS VEGAS COUNTY OF CLARK STATE OF NEVADA | **(Under Seal)** |

THE UNITED STATES OF AMERICA, by and through Steven W. Myhre, Acting

United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, moves the

Court to unseal Case Number 2:14-mj-00749-VCF, including this filing, so that the United States

may produce the search warrant and supporting affidavit in Eastern District of California Case

Number 2:17-cr-0126-MCE. The search warrant and affidavit in this matter were sealed at the

request of the United States in order to protect an ongoing investigation.

The warrant authorized a search of the premises at 5349 Talaverde Heights where

defendant Lashandra Walker lived, Case Number 2:17-cr-0126-MCE, for evidence of violations

1   of 20 U.S.C. § 1097 (Financial Aid Fraud), 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 641

2   (Theft of Government Funds), 18 U.S.C. § 1001 (False Statement to Government Agency),

3   18 U.S.C. § 1343 (Wire Fraud). The defendants have since been indicted on charges of

4   18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 1341 (Mail Fraud), and 18 U.S.C. § 1028A

5   (Aggravated Identity Theft), in Eastern District of California Case Number 2:17-cr-0126-MCE.

6           The reason for sealing the search warrant and affidavit no longer exists. Further, the

7   United States has a duty to produce these materials in Eastern District of California Case

8   Number 2:17-cr-0126-MCE. For these reasons, the United States asks the Court to unseal case

9   2:14-mj-00749-VCF so that the United States may produce the search warrant and supporting

10  affidavit.

11          DATED August 2, 2017

12                                                      STEVEN W. MYHRE
                                                        Acting United States Attorney
13

14

                                                        DANIEL J. COWHIG
15                                                      Assistant United States Attorney

16

17

18

19

20  IT IS SO ORDERED.

21

22  UNITED STATES MAGISTRATE JUDGE
    DATED:          8-7-2017
23

24

2